IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-636-WYD-MJW

STEVE ABRAHAMSON and
APRIL ABRAHAMSON,

    Plaintiffs,

v.

SANDOZ, INC.,

    Defendant.

---

**ORDER GRANTING DEFENDANT'S MOTION
TO VACATE AND RESET SETTLEMENT CONFERENCE** (Docket No. 26)

---

The Court, having considered Defendant's Motion to Vacate and Reset Settlement Conference and being fully advised in the premises, and for good cause shown, hereby:

GRANTS Defendant's Unopposed Motion to Vacate and Reset Settlement Conference. The Settlement Conference currently scheduled for August 3, 2006 is vacated and reset to October 16, 2006 at 1:30 pm. Confidential settlement statements are due October 9, 2006.

DATED at Denver, Colorado this 28 day of July, 2006.

BY THE COURT

_____
Michael J. Watanabe
United States Magistrate Judge