IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00636-WYD-MJW

STEVE ABRAHAMSON, and
APRIL ABRAHAMSON,

Plaintiffs,

v.

SANDOZ, INC.,

Defendants.

**MINUTE ORDER**

It is hereby **ORDERED** that the Defendant's Motion to Vacate and Reset Settlement Conference, which was filed on October 6, 2006 (Docket No. 35), is **GRANTED**. The settlement conference set for October 16, 2006, at 1:30 p.m. is **VACATED AND RESET** to November 28, 2006, at 1:30 p.m. Confidential settlement statements shall be submitted to the court on or before November 20, 2006. It is further

**ORDERED** that unless otherwise ordered by the court, the plaintiffs' depositions shall be taken as noticed on October 23 and 24, 2006.

Date: October 10, 2006