IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00636-WYD-MJW

STEVE ABRAHAMSON, and
APRIL ABRAHAMSON,

Plaintiff(s),

v.

SANDOZ, INC.,

Defendant(s).

MINUTE ORDER

It is hereby ORDERED that Defendant's Motion to Amend Answer (docket no. 41) is GRANTED finding good cause pursuant to Fed. R. Civ. P. 15(a) and 16(b)(1) and Viernow v. Euripides Developments Corp., 157 F.3rd 785, 799 (10th Cir. 1998) and Colorado Visionary Academy v. Medtronic, Inc., 194 F.R.D. 684, 687 (D. Colo. 2000). Moreover, this court further finds that this motion is deemed confessed since Plaintiff has failed to timely file any response to this motion. Defendant Sandoz, Inc., shall file within five (5) days from the date of this Order their Second Amended Answer with the court so that it can be given a new docket number.

Date: November 20, 2006