IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00636-WYD-MJW

STEVE ABRAHAMSON and
APRIL ABRAHAMSON,

    Plaintiffs,

v.

SANDOZ, INC.,

    Defendant.

---

### ORDER GRANTING DEFENDANT'S MOTION TO AMEND THE SCHEDULING ORDER
( Docket No. 46 )

---

THIS MATTER having come before the Court on Defendant Sandoz, Inc.'s Motion to Amend the Scheduling Order, and the Court being fully advised,

IT IS ORDERED that Defendant Sandoz, Inc.'s Motion is granted, and that the dates set forth in the Scheduling Order are modified as follows:

    Deadline for service of written discovery requests – December 28, 2006

    Discovery cut-off – January 29, 2007

    Deadline for filing dispositive motions – March 2, 2007

Dated this 1st day of December, 2006.

BY THE COURT:

*[signature]*

MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO

3637625_1.DOC