IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Michael J. Watanabe

Civil Action No. 06-cv-00636-WYD-MJW

STEVE ABRAHAMSON, and
APRIL ABRAHAMSON,

Plaintiff(s),

v.

SANDOZ, INC.,

Defendant(s).

MINUTE ORDER

     It is hereby ORDERED that Plaintiffs' Unopposed Motion to Amend Scheduling Order (document 50) is GRANTED.  The deadline to serve written discovery is extended to January 29, 2007.  The discovery cutoff is extended to February 28, 2007.  The deadline to file dispositive motions is extended to April 2, 2007.

Date: December 28, 2006