IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00636-WYD-MJW

STEVE ABRAHAMSON and
APRIL ABRAHAMSON,

    Plaintiffs,

v.

SANDOZ, INC.,

    Defendant.

## ORDER GRANTING DEFENDANT'S MOTION
## TO AMEND THE SCHEDULING ORDER

THIS MATTER having come before the Court on Defendant Sandoz, Inc.'s Motion to Amend the Scheduling Order, (DN 68) and the Court being fully advised,

IT IS ORDERED that Defendant Sandoz, Inc.'s Motion is granted, and that the dates set forth in the Scheduling Order are modified as follows:

    Discovery cut-off – March 30, 2007

    Deadline for filing dispositive motions – May 2, 2007

Dated this 2nd Day of March, 2007.

                        BY THE COURT:

                        S/Michael J. Watanabe
                        MICHAEL J. WATANABE
                        U.S. Magistrate Judge
                        District of Colorado