IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00636-WYD-MJW

STEVE ABRAHAMSON and
APRIL ABRAHAMSON,

    Plaintiffs,

v.

SANDOZ, INC.,

    Defendant.

---

**ORDER GRANTING JOINT MOTION
TO AMEND THE SCHEDULING ORDER** (Docket No. 74)

---

THIS MATTER having come before the Court on the parties' Joint Motion to Amend the Scheduling Order, and the Court being fully advised,

IT IS ORDERED that the Motion is granted, that the discovery period is extended for the limited purposes set forth in that Motion, and that the dates set forth in the Scheduling Order are modified as follows:

    Discovery cut-off – May 29, 2007

    Deadline for filing dispositive motions – June 28, 2007 ⓟ

Dated this 28TH day of March, 2007.

BY THE COURT:

/s/ Michael J. Watanabe
Michael J. Watanabe
U.S. Magistrate Judge
District of Colorado

3688678_1.DOC

ⓟ The Final Pretrial Conference set on May 31, 2007 at 8:30 A.M. is Vacated and Reset to September 25, 2007, at 9:30 a.m. The proposed final pretrial order is due by September 20, 2007.