IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00636-WYD-MJW

STEVE ABRAHAMSON, and
APRIL ABRAHAMSON

    Plaintiffs,

v.

SANDOZ, INC.

    Defendant.

---

**ORDER GRANTING UNOPPOSED MOTION TO DISMISS
PLAINTIFF'S CLAIM FOR SHORT-TERM-DISABILITY BENEFITS**

---

THE COURT having read and considered the Plaintiff's Unopposed Motion to Dismiss Plaintiff's Claim for Short-Term-Disability Benefits, filed August 30, 2007 (docket #100), and being fully apprised of the same, it is hereby

ORDERED that Plaintiff's Unopposed Motion to Dismiss Plaintiff's Claim for Short-Term-Disability Benefits is GRANTED.  Plaintiff's fifth claim for relief for short-term-disability benefits is dismissed with prejudice, each party to pay their own fees and costs associated with this claim.

    Dated:  September 4, 2007

                                  BY THE COURT:

                                  s/ Wiley Y. Daniel
                                  Wiley Y. Daniel
                                  U. S. District Judge