IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00636-WYD-MJW

STEVE ABRAHAMSON, and
APRIL ABRAHAMSON,

Plaintiffs,

v.

SANDOZ, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

    It is hereby ORDERED that Defendant's *Unopposed* Motion to Vacate and Reset Final Pretrial Conference (Docket No. 104) is granted, and the Final Pretrial Conference set for September 25, 2007, at 9:30 a.m. is vacated and reset to November 14, 2007, at 9:30 a.m.  The proposed Final Pretrial Order shall be submitted on or before November 6, 2007.

Date: September 20, 2007