# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00636-WYD-MJW

STEVE ABRAHAMSON, and
APRIL ABRAHAMSON

      Plaintiffs,

v.

SANDOZ, INC.

      Defendant.

---

## FINAL PRETRIAL ORDER

---

## 1. DATE AND APPEARANCES

    The Final Pretrial Conference was held on November 14, 2007, at 9:30 a.m.

    Attended by:

*For the Plaintiffs:*
Christopher K. Miller
Kennedy Childs & Fogg, P.C.
1050 17th Street, Suite 2500
Denver, Colorado 80206

*For the Defendant:*
Jim Goh
Christina Gomez
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202

## 2. JURISDICTION

This Court has jurisdiction of the Federal claims pursuant to 28 U.S.C. § 1331. This

Court has jurisdiction of the State claims pursuant to 28 U.S.C. § 1367.

## 3. STATEMENT OF CLAIMS AND DEFENSES

*a.      Plaintiffs:*

Defendant Sandoz, Inc. manufactures generic pharmaceuticals. Sandoz, Inc. employed

Plaintiff Steve Abrahamson in the Quality Control Group in its manufacturing operations in

Broomfield, Colorado. Mr. Abrahamson was employed as a microbiologist and a senior

microbiologist whose job duties were to perform quality control testing on Sandoz, Inc. products

and manufacturing processes.

Quality control in the manufacture of pharmaceuticals is heavily regulated by the FDA.

Pursuant to federal regulation, each manufacturer is to follow guidelines related to basic

laboratory documentation, including operation of the Accumet pH meter, laboratory deviations,

inquiries and investigations.

Beginning in February 2004, Mr. Abrahamson was asked several times by his supervisor

to disregard federal regulations and/or company standard operating procedures to speed up

quality control testing results and to conceal test results that were out of specification. Each

time, Mr. Abrahamson refused. He attempted to resolve these disputes with Mr. Tutt but Mr.

Tutt insisted on his practices, despite the fact that they violated Federal and company regulations.

At times Mr. Tutt defended his decision by stating that changing his procedures to accommodate

FDA and cGMP regulations would be a "red flag" to auditors. In April 2004, Mr. Abrahamson

reported these violations to Mr. Tutt's supervisor. The supervisor then chastised Mr. Tutt and told him about Mr. Abrahamson's complaints. In response, Mr. Tutt retaliated against Mr. Abrahamson. This retaliation included without limitation, verbal abuse, defamation of character, poor performance reviews based on false accusations, denial of promotion and raise, annual bonus, and violation of Mr. Abrahamson's rights under the Family Medical Leave Act. The continuing weight of this retaliation forced Mr. Abrahamson to take Short Term Disability Leave beginning in November 2005, ultimately resulting in his constructive discharge in January 2006.

During the period of retaliation, the cumulative actions of Mr. Tutt and Sandoz, Inc. caused Mr. Abrahamson extreme emotional and mental distress. The retaliation and resulting constructive discharge were in violation of public policy. Mr. Tutt and Sandoz also retaliated against Mr. Abrahamson for taking leave under the Family Medical Leave Act. Defendant's conduct damaged the marriage relationship between Mr. Abrahamson and his wife, Plaintiff April Abrahamson.

In addition, Mr. Abrahamson's job was re-classified to an exempt status on April 4, 2004. His job duties were not changed and do not qualify under the Fair Labor Standards Act as exempt. Mr. Abrahamson, therefore, is owed for unpaid overtime in an amount to be calculated at trial. Sandoz' classification of Mr. Abrahamson's job as exempt was not made in good faith, and Mr. Abrahamson is entitled to troubled damages and attorney's fees.

Finally, April Abrahamson is seeking damages for loss of consortium based on Defendant's tortious conduct.

Plaintiffs are seeking back pay and benefits for loss of raise, bonus, promotion and

3

eventual termination. Plaintiffs also are seeking reinstatement or front pay, compensatory damages, exemplary damages, attorney fees and costs, and pre– and post-judgment interest.

   b.   *Defendant:*

Defendant Sandoz, Inc. ("Sandoz") employed Mr. Abrahamson as a microbiologist until he resigned in January 2006. Sandoz denies that Mr. Abrahamson was constructively discharged, that he was directed to violate company procedures or FDA regulations, that he was retaliated against for complaining about such alleged violations, that he was retaliated against for taking FMLA leave, that he was wrongfully reclassified as a non-exempt employee under federal and state law, or that he was subjected to intentional infliction of emotional distress. Sandoz also denies that it is in any way liable for Mrs. Abrahamson's alleged loss of consortium.

All acts taken by Sandoz relating to Mr. Abrahamson's employment were based on legitimate, non-discriminatory and non-retaliatory reasons. Mr. Abrahamson was allowed to take FMLA leave; and when he returned from such leave, he resumed his previous job duties, which included certain tasks for which employees rotate the responsibility of performing. And along with the majority of chemists and microbiologists employed by Sandoz, he was lawfully reclassified as an exempt employee under the FLSA during a nationwide job restructuring.

Sandoz further denies that Mr. Abrahamson is entitled to damages or any other relief, and asserts that it is entitled to recover its costs and expenses in defending this action, including reasonable attorneys' fees and costs. Sandoz has also asserted various additional defenses in this case, including: (1) Plaintiffs fail to state a claim upon which relief can be granted; (2) Plaintiffs

4

have failed to mitigate their damages, if any; (3) Plaintiffs' damages, if any, were caused by or

attributable to Mr. Abrahamson or to pre-existing, intervening or other factors not under

Sandoz's control; (4) Plaintiffs' damages, if any, are barred or reduced by Plaintiffs' receipt of

income and payments from collateral sources; (5) Plaintiffs' claims are barred by the doctrines of

waiver, estoppel, latches, consent and acquiescence; (6) Plaintiffs' claims are barred to the extent

they are based on conduct occurring outside the applicable limitations period; (7) any claim for

punitive damages is unconstitutional and/or barred by the Kolstad doctrine and the 14th

Amendment to the U.S. Constitution; (8) Mr. Abrahamson's exclusive remedy for his state law

tort claims is Colorado worker's compensation; (9) Plaintiffs' claims are barred as Sandoz has

paid Mr. Abrahamson all compensation to which Plaintiff is due and all amounts to which it in

good faith believes are due to him; (10) Mr. Abrahamson was an exempt professional; (11)

Sandoz is entitled to attorneys' fees and costs under the FLSA and/or the Colorado Wage Act;

(12) Sandoz has a good faith legal justification for not paying Mr. Abrahamson any amounts

allegedly owed; (13) any damages Plaintiffs claim are capped or barred by state and federal

statutes; and (14) Plaintiffs' claims are barred or preempted by federal law.

## 4. STIPULATIONS

The following facts are undisputed:

1.      Defendant Sandoz, Inc. is an employer with offices and facilities in Colorado.

2.      Sandoz, Inc. is an employer under the Family and Medical Leave Act. Sandoz is

an entity engaged in commerce or in an industry or activity affecting commerce

and it employs fifty (50) or more employees for each working day during each of

twenty or more calendar work weeks in the current or preceding calendar year.

3.      Sandoz is a manufacturer of generic pharmaceutical products.

4.      Steve Abrahamson was employed by Sandoz from August 1994 through January

2006. During the relevant time period, he worked as a microbiologist in the

microbiology department at Sandoz' facility in Broomfield, Colorado.

5.      Shannon Tutt became Steve Abrahamson's supervisor in the microbiology

department in the Fall of 2003.

## 5. PENDING MOTIONS

1.      Plaintiff's Motion for Partial Summary Judgment on his FLSA Claim, filed May

30, 2007.

2.      Defendant's Motion for Summary Judgment, filed July 12, 2007.

## 6. WITNESSES

Plaintiffs' Witnesses:

(a)     List the non-expert witnesses to be called by each party. List separately:

(1) witnesses who will be present at trial (see Fed. R. Civ. P. 26(a)(3)(A));

a.   Steve Abrahamson.  Mr. Abrahamson will testify concerning

Plaintiffs' claims in this case, relevant company policies and

procedures, Mr. Abrahamson's job duties and performance, Mr.

Tutt and management's conduct, the microbiology department in

general, the classification of many microbiologists as exempt

employees, and other issues relevant to this lawsuit.

b.   April Abrahamson. Ms. Abrahamson will testify regarding Steve

Abrahamson's employment at Sandoz, Mr. Abrahmson's and her

damages and injuries, Mr. Abrahamson's efforts to continue

working at Sandoz, and other issues relevant to this lawsuit.

(2) witnesses who may be present at trial if the need arises (see Fed. R. Civ. P.

26(a)(3)(A)); and

a.   Pam Appelhans.  Ms. Applehans may testify concerning Plaintiffs'

claims in this case, relevant company policies and procedures, Mr.

Abrahamson's job duties and performance, Mr. Tutt and management's

conduct, the microbiology department in general, the classification of

many microbiologists as exempt employees, and other issues relevant to

this lawsuit.

b.   Mollie Bradmon.  Ms. Bradmon may testify concerning Plaintiffs'

claims in this case, relevant company policies and procedures, Mr.

Abrahamson's job duties and performance, Mr. Tutt and management's

conduct, the microbiology department in general, the classification of

7

many microbiologists as exempt employees, and other issues relevant to
this lawsuit.

c.     Don Crawford. Mr. Crawford may testify concerning Plaintiffs'
claims in this case, relevant company policies and procedures, Mr.
Abrahamson's job duties and performance, Mr. Tutt and management's
conduct, the microbiology department in general, the classification of
many microbiologists as exempt employees, and other issues relevant to
this lawsuit.

d.     Tori Ellsaesser. Ms. Ellsaesser may testify concerning Plaintiffs'
claims in this case, relevant company policies and procedures, Mr.
Abrahamson's job duties and performance, Mr. Tutt and management's
conduct, the microbiology department in general, the classification of
many microbiologists as exempt employees, and other issues relevant to
this lawsuit.

e.     Melissa Figgins. Ms. Figgins may testify concerning Plaintiffs'
claims in this case, relevant company policies and procedures, Mr.
Abrahamson's job duties and performance, Mr. Tutt and management's
conduct, the microbiology department in general, the classification of
many microbiologists as exempt employees, and other issues relevant to
this lawsuit.

f.      Saundra Granade. Ms. Granade may testify concerning Plaintiffs'
claims in this case, relevant company policies and procedures, Mr.

8

Abrahamson's job duties and performance, Mr. Tutt and management's

conduct, the microbiology department in general, the classification of

many microbiologists as exempt employees, and other issues relevant to

this lawsuit.

g.      Ray Greger. Mr. Greger may testify concerning Plaintiffs' claims

in this case, relevant company policies and procedures, Mr. Abrahamson's

job duties and performance, Mr. Tutt and management's conduct, the

microbiology department in general, the classification of many

microbiologists as exempt employees, and other issues relevant to this

lawsuit.

h.      Stacey Heinzelman. Ms. Heinzelman may testify concerning

Plaintiffs' claims in this case, relevant company policies and procedures,

Mr. Abrahamson's job duties and performance, Mr. Tutt and

management's conduct, the microbiology department in general, the

classification of many microbiologists as exempt employees, and other

issues relevant to this lawsuit.

i.      Robert Macsalka. Mr. Macsalka may testify concerning Plaintiffs'

claims in this case, relevant company policies and procedures, Mr.

Abrahamson's job duties and performance, Mr. Tutt and management's

conduct, the microbiology department in general, the classification of

many microbiologists as exempt employees, and other issues relevant to

this lawsuit.

j.      Lorissa Maslen. Ms. Maslen may testify concerning Plaintiffs'

claims in this case, relevant company policies and procedures, Mr.

Abrahamson's job duties and performance, Mr. Tutt and management's

conduct, the microbiology department in general, the classification of

many microbiologists as exempt employees, and other issues relevant to

this lawsuit.

k.      Juan Montalvo. Mr. Montalvo may testify concerning Plaintiffs'

claims in this case, relevant company policies and procedures, Mr.

Abrahamson's job duties and performance, Mr. Tutt and management's

conduct, the microbiology department in general, the classification of

many microbiologists as exempt employees, and other issues relevant to

this lawsuit.

l.      Philan Nguyen. Mr. Nguyen may testify concerning Plaintiffs'

claims in this case, relevant company policies and procedures, Mr.

Abrahamson's job duties and performance, Mr. Tutt and management's

conduct, the microbiology department in general, the classification of

many microbiologists as exempt employees, and other issues relevant to

this lawsuit.

m.      Tim O'Neil. Mr. O'Neil may testify concerning Plaintiffs' claims

in this case, relevant company policies and procedures, Mr. Abrahamson's

job duties and performance, Mr. Tutt and management's conduct, the

microbiology department in general, the classification of many

microbiologists as exempt employees, and other issues relevant to this lawsuit.

n.   Rick Pease. Mr. Pease may testify concerning Plaintiffs' claims in this case, relevant company policies and procedures, Mr. Abrahamson's job duties and performance, Mr. Tutt and management's conduct, the microbiology department in general, the classification of many microbiologists as exempt employees, and other issues relevant to this lawsuit.

o.   Mai Pham. Ms. Pham may testify concerning Plaintiffs' claims in this case, relevant company policies and procedures, Mr. Abrahamson's job duties and performance, Mr. Tutt and management's conduct, the microbiology department in general, the classification of many microbiologists as exempt employees, and other issues relevant to this lawsuit.

p.   Kris Schomer. Ms. Schomer may testify concerning Plaintiffs' claims in this case, relevant company policies and procedures, Mr. Abrahamson's job duties and performance, Mr. Tutt and management's conduct, the microbiology department in general, the classification of many microbiologists as exempt employees, and other issues relevant to this lawsuit.

q.    <u>Shannon Tutt</u>. Mr. Tutt may testify concerning Plaintiffs' claims in this case, relevant company policies and procedures, Mr. Abrahamson's job duties and performance, Mr. Tutt and management's conduct, the microbiology department in general, the classification of many microbiologists as exempt employees, and other issues relevant to this lawsuit.

r.    <u>Mericia Uram</u>. Ms. Uram may testify concerning Plaintiffs' claims in this case, relevant company policies and procedures, Mr. Abrahamson's job duties and performance, Mr. Tutt and management's conduct, the microbiology department in general, the classification of many microbiologists as exempt employees, and other issues relevant to this lawsuit.

s.    <u>Robert Wood</u>. Mr. Wood may testify concerning Plaintiffs' claims in this case, relevant company policies and procedures, Mr. Abrahamson's job duties and performance, Mr. Tutt and management's conduct, the microbiology department in general, the classification of many microbiologists as exempt employees, and other issues relevant to this lawsuit.

t.    <u>Eric Doberstein</u>. Mr. Doberstein may testify concerning Plaintiffs' claims in this case, relevant company policies and procedures, Mr. Abrahamson's job duties and performance, Mr. Tutt and management's

12

conduct, the microbiology department in general, the classification of

many microbiologists as exempt employees, and other issues relevant to

this lawsuit.

u.     Any witness listed by Defendant, and any rebuttal witnesses

(3) witnesses where testimony is expected to be presented by means of a

deposition and, if not taken stenographically, a transcript of the pertinent portions

of the deposition testimony. See Fed. R. Civ. P. 26(a)(3)(B).

    a.     None at present. If Defendant does not call Saundra Granade, Ray

          Greger, or any other out-of-state witness, their testimony may be

          presented stenographically by Plaintiffs. [Note: Defendant will not

          agree to this]

(b)    List the expert witnesses to be called by each party. List separately:

(1) witnesses who will be present at trial (see Fed. R. Civ. P. 26(a)(3)(A));

    a.     None

(2) witnesses who may be present at trial (see Fed. R. Civ. P. 26(a)(3)(A)); and

    a.     David Blair. Mr. Blair may testify about his evaluation, care and

          treatment of Mr. Abrahamson, the cause of his injuries and other issues

          relevant to this lawsuit.

    b.     Larry Plunkett, M.D. Dr. Plunkett may testify about his evaluation,

          care and treatment of Mr. Abrahamson, the cause of his injuries and other

          issues relevant to this lawsuit.

13

(3) witnesses where testimony is expected to be presented by means of a

deposition and, if not taken stenographically, a transcript of the pertinent

portions of the deposition testimony. See Fed. R. Civ. P. 26(a)(3)(B).

        a.     None

Defendant's Witnesses:

    (a)    List the non-expert witnesses to be called by each party. List separately:

    (1) witnesses who will be present at trial (see Fed. R. Civ. P. 26(a)(3)(A));

        a.     <u>Shannon Tutt</u>. Mr. Tutt will appear in person to testify concerning

Plaintiffs' claims in this case, relevant company policies and procedures,

Mr. Abrahamson's job duties and performance, Mr. Abrahamson's

resignation, and other issues relevant to this lawsuit.

        b.     <u>Melissa Figgins</u>. Ms. Figgins will appear in person to testify

concerning Plaintiffs' claims in this case, relevant company policies and

procedures, Mr. Abrahamson's job duties and performance, Mr.

Abrahamson's resignation, and other issues relevant to this lawsuit.

        c.     <u>Ray Greger</u>. Mr. Greger will appear in person to testify concerning

Plaintiffs' claims in this case, Sandoz' reclassification of many of its

chemists and microbiologists, relevant company policies and procedures,

Mr. Abrahamson's job duties and performance, Mr. Abrahamson's

resignation, and other issues relevant to this lawsuit.

14

(2) witnesses who may be present at trial if the need arises (see Fed. R. Civ. P. 26(a)(3)(A)); and

    a.   <u>Robert Wood</u>. Mr. Wood may appear in person to testify concerning Plaintiffs' claims in this case, relevant company policies and procedures, Mr. Abrahamson's job duties and performance, Mr. Abrahamson's resignation, and other issues relevant to this lawsuit.

    b.   <u>Mollie Bradmon</u>. Ms. Bradmon may appear in person to testify concerning Plaintiffs' claims in this case, relevant company policies and procedures, Mr. Abrahamson's job duties and performance, Mr. Abrahamson's resignation, and other issues relevant to this lawsuit.

    c.   <u>Tori Ellsaesser</u>. Ms. Ellsaesser may appear in person to testify concerning Plaintiffs' claims in this case, relevant company policies and procedures, Mr. Abrahamson's job duties and performance, Mr. Abrahamson's resignation, and other issues relevant to this lawsuit.

    d.   <u>Tim O'Neill</u>. Mr.O'Neill may appear in person to testify concerning Plaintiffs' claims in this case, relevant company policies and procedures, Mr. Abrahamson's job duties and performance, Mr. Abrahamson's resignation, and other issues relevant to this lawsuit.

    e.   <u>Mericia Uram</u>. Ms. Uram may appear in person to testify concerning Plaintiffs' claims in this case, relevant company policies and

procedures, Mr. Abrahamson's job duties and performance, Mr. Abrahamson's resignation, and other issues relevant to this lawsuit.

f.      Rick Pease. Mr. Wood may appear in person to testify concerning Plaintiffs' claims in this case, relevant company policies and procedures, Mr. Abrahamson's job duties and performance, Mr. Abrahamson's resignation, and other issues relevant to this lawsuit.

g.      Cassie Schiller. Ms. Schiller may appear in person to testify concerning Plaintiffs' claims in this case, relevant company policies and procedures, Mr. Abrahamson's job duties and performance, her raising of issues about certain practices and procedures along with Mr. Abrahamson and the lack of any retaliation against her afterwards, and other issues relevant to this lawsuit.

h.      Saundra Granade. Ms. Granade may appear in person to testify concerning Plaintiffs' claims in this case, relevant company policies and procedures, Mr. Abrahamson's job duties and performance, Mr. Abrahamson's raising of issues about certain practices and procedures, and other issues relevant to this lawsuit.

i.      Pam Appelhans. Ms. Appelhans may appear in person to testify concerning Plaintiffs' claims in this case, relevant company policies and procedures, Mr. Abrahamson's job duties and performance, Mr.

Abrahamson's raising of issues about certain practices and procedures, and other issues relevant to this lawsuit.

j.      Stephanie Portfolio. Ms. Portfolio may appear in person to testify concerning Plaintiffs' claims in this case, relevant company policies and procedures, Mr. Abrahamson's job duties and performance, and other issues relevant to this lawsuit.

k.      Robert Gregory. Mr. Gregory may appear in person to testify concerning Plaintiffs' claims in this case, Sandoz' reclassification of many of its chemists and microbiologists, relevant company policies and procedures, Mr. Abrahamson's job duties and performance, Mr. Abrahamson's resignation, and other issues relevant to this lawsuit.

l.      Nonna Shikman. Ms. Shikman may appear in person to testify concerning Plaintiffs' claims in this case, Sandoz' reclassification of many of its chemists and microbiologists, relevant company policies and procedures, Mr. Abrahamson's job duties and performance, and other issues relevant to this lawsuit.

m.      Larissa Maslen. Ms. Maslen may appear in person to testify concerning Plaintiffs' claims in this case, relevant company policies and procedures, Mr. Abrahamson's job duties and performance, and other issues relevant to this lawsuit.

n.      Any witness listed by Plaintiffs, and any rebuttal witnesses.

17

(3) witnesses where testimony is expected to be presented by means of a

deposition and, if not taken stenographically, a transcript of the pertinent portions

of the deposition testimony. See Fed. R. Civ. P. 26(a)(3)(B).

     a.    None expected at this time.

(b)    List the expert witnesses to be called by each party. List separately:

(1) witnesses who will be present at trial (see Fed. R. Civ. P. 26(a)(3)(A));

     a.    None.

(2) witnesses who may be present at trial (see Fed. R. Civ. P. 26(a)(3)(A)); and

     a.    Any witness listed by Plaintiffs, and any rebuttal witnesses

(3) witnesses where testimony is expected to be presented by means of a

deposition and, if not taken stenographically, a transcript of the pertinent portions

of the deposition testimony. See Fed. R. Civ. P. 26(a)(3)(B).

     a.    None expected at this time.

## 7. EXHIBITS

Plaintiffs' Exhibits:

    *See* attachment 1.

Defendant's Exhibits:

    *See* attachment 2.

## 8. DISCOVERY

Discovery has been completed.

## 9.  SPECIAL ISSUES

None.

## 10.  SETTLEMENT

a.      Counsel for the parties met in person on November 28, 2006 to discuss in

good faith the settlement of the case.

b.      The participants in the Settlement Conference included counsel and party

representatives.

c.      The parties were promptly informed of all offers of settlement.

d.      Counsel for the parties do not intend to hold future settlement conferences.

e.      It appears from the discussion by all counsel that there is little possibility

of settlement.

f.      No further settlement conferences are planned. — *The parties may Request a Further settlement Conference by motion.*

g.      Counsel for the parties considered and participated in ADR in accordance

with D.C.COLO.LCivR.16.6.

## 11.  OFFER OF JUDGMENT

Counsel acknowledge familiarity with the provision of Rule 68 (Offer of

Judgment) of the Federal Rules of Civil Procedure.  Counsel have discussed it with the clients

against whom claims are made in this case.

## 12. EFFECT ON FINAL PRETRIAL ORDER

Hereafter, this Final Pretrial Order will control the subsequent course of this action and the trial, and may not be amended except by consent of the parties and approval by the court or by order of the court to prevent manifest injustice. The pleadings will be deemed merged herein. This Final Pretrial Order supersedes the Scheduling Order. In the event of ambiguity in any provision of this Final Pretrial Order, reference may be made to the record of the pretrial conference to the extent reported by stenographic notes and to the pleadings.

The Final Pretrial Order may be amended, modified, or supplemented by the anticipated Trial Preparation Conference Order or any order entered during the trial preparation conference, which subsequent orders are anticipated and incorporated by such reference.

## 13. TRIAL AND ESTIMATED TRIAL TIME; FURTHER TRIAL PREPARATION PROCEEDINGS

1. Trial is to a jury.

2. Plaintiffs estimate needing nine trial days. Defendant estimates needing six trial days.

3. The trial will occur in Courtroom A1002, Tenth Floor, at the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294-3589.

4. Plaintiffs' counsel is ready to proceed to trial.  Defense counsel wants it noted that this is not in the Pretrial Order template/instructions.

DATED this 14 day of November, 2007.

BY THE COURT:

_____
United States Magistrate Judge
**MICHAEL J. WATANABE
U.S. MAGISTRATE JUDGE
DISTRICT OF COLORADO**

**APPROVED:**

/s/ Christopher K. Miller
_____
Christopher K. Miller
Kennedy Childs & Fogg, P.C.
1050 17th Street, Suite 2500
Denver, Colorado 80206
Tel: (303) 825-2700
Fax: (303) 825-0434
ckm@kcfpc.com
*Attorneys for Plaintiffs*

/s/ Christina Gomez
_____
Jim Goh
Christina Gomez
Holland & Hart LLP
555 Seventeenth Street, Suite 3200
Denver, CO 80202
Tel: (303) 295-8406
Fax: (303) 295-8261
jgoh@hollandhart.com
cgomez@hollandhart.com
*Attorneys for Defendant*

# Attachment 1

# Plaintiffs' Exhibit List

**EXHIBIT LIST**

CASE NO. 06CV00636-WYD-MJW        PLAINTIFF'S LIST  X        DEFENDANT'S LIST        THIRD PTY DEFTS. LIST

CASE CAPTION Steve and April Abrahamson  vs. Sandoz, Inc.   PAGE NO. 1   DATE 11/09/07

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO/LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 1 | | Microbiology Job Descriptions | | | | | | | |
| 2 | | Employee Handbook | | | | | | | |
| 3 | | Code of Conduct | | | | | | | |
| 4 | | Abrahamson's Personnel File | | | | | | | |
| 5 | | Application for Time Off Under FMLA | | | | | | | |
| 6 | | Standard Operating Procedure for ANATEL A-1000 Organics Analyzer Model C80 | | | | | | | |
| 7 | | Microbiology Lab Rotation Schedule | | | | | | | |
| 8 | | Testing - pH Meters | | | | | | | |
| 9 | | pH Notebook Pages | | | | | | | |

| EXHIBIT NO/LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 10 | | Modifications of Environmental Monitoring Baseline Study Protocol | | | | | | | |
| 11 | | pH Log Book | | | | | | | |
| 12 | | EDS - 12.29.03, 02.03.04, 02.09.04 and 05.17.04 | | | | | | | |
| 13 | | Media Notebook - Plate Count Agar/R2A Validation Study | | | | | | | |
| 14 | | Microbiologist Position Change Documents (919-20) | | | | | | | |
| 15 | | Documents created by Sandoz that relate to Steve Arahamson | | | | | | | |
| 16 | | GMP materials | | | | | | | |
| 17 | | Vitek 32 Microbial Identification System Project Materials | | | | | | | |

2

| EXHIBIT NO/LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 18 | | Shannon Tutt's Entire Personnel File (continued on 1520-1679) | | | | | | | |
| 19 | | Melissa Figgins' Documents Related to Steve Abrahamson | | | | | | | |
| 20 | | Employment Application for Robert D. Wood | | | | | | | |
| 21 | | Employment Application for Mericia G. Uram | | | | | | | |
| 22 | | Employment Application for Mollie M. Bradley | | | | | | | |
| 23 | | Employment Application for Rick Pease | | | | | | | |
| 24 | | Employment Application for Tori M. Stecklein | | | | | | | |
| 25 | | Employment Application for Timothy S. O'Neil | | | | | | | |
| 26 | | Employment Application for Stacy M. Heinzelman | | | | | | | |
| 27 | | Employment Application for Carrie M. Kingery | | | | | | | |

3

| EXHIBIT NO/LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 28 | | Employment Application for Cassie L. Schiller | | | | | | | |
| 29 | | Testing Exam-Master List of Media | | | | | | | |
| 30 | | Testing Examination Microbiological Media Prep | | | | | | | |
| 31 | | Policy-Good Documentation Practices | | | | | | | |
| 32 | | Policy-Data Integrity Policy | | | | | | | |
| 33 | | Documentation-QC Documentation Requirements for Data Reporting | | | | | | | |
| 34 | | Notes | | | | | | | |
| 35 | | Evironmental Monitoring Baseline Study Mar-April 2004 | | | | | | | |
| 36 | | Policy - Good Documentation Practices-VOID (05.30.06) - Apr 2004 | | | | | | | |

4

| EXHIBIT NO/LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 37 | | Policy - Data Integrity Policy Apr 2004 | | | | | | | |
| 38 | | Documentation - Quality Control Documentation Requirements for Data Reporting-Revision 04 - Apr 2005 | | | | | | | |
| 39 | | Documentation - Quality Control Documentation Requirements for Data Reporting- Revision 03 - Apr 2005 | | | | | | | |
| 40 | | Documentation - Quality Control Documentation Requirements for Data Reporting- Revision 02 - Jan 2005 | | | | | | | |
| 41 | | Documentation - Quality Control Documentation Requirements for Data Reporting- Revision 01 - Feb 2004 | | | | | | | |
| 42 | | Documentation - QC Notebook and Chart - Sep 2000 | | | | | | | |

5

| EXHIBIT NO/LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 43 | | Testing - pH Meters-Rev 03 - Nov 2005 | | | | | | | |
| 44 | | Testing - pH Meters- Rev 02 - VOID - Apr 2005 | | | | | | | |
| 45 | | Testing - pH Meters- Rev 01 - VOID - Apr 2005 | | | | | | | |
| 46 | | Testing - pH Meters- Rev 02 - VOID - Oct 2001 | | | | | | | |
| 47 | | Testing - Accument pH Meters- Rev 01 - VOID - Apr 2005 | | | | | | | |
| 48 | | Testing - Accument pH Meters- Rev 01 - VOID - Oct 2001 | | | | | | | |
| 49 | | Testing/Examination - Microbiological Media Preparation- Rev 02 - Jun 2004 | | | | | | | |
| 50 | | Testing/Examination - Microbiological Media Preparation- Rev 01 - VOID - Mar 2004 | | | | | | | |

6

| EXHIBIT NO/LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 51 | | Testing/Examination - Microbiological Media Preparation- Rev 01 - VOID (07/06/00) - Jan 2000 | | | | | | | |
| 52 | | Testing/Examination - Master List of Media- Rev 03 - Sep 2004 | | | | | | | |
| 53 | | Testing/Examination - Master List of Media- Rev 02 -VOID (09/15/04) - Jun 2004 | | | | | | | |
| 54 | | Testing/Examination - Master List of Media- Rev 01 - VOID - (03/15/04) - Mar 2004 | | | | | | | |
| 55 | | Testing/Examination - Master List of Media - Sep 2000 | | | | | | | |
| 56 | | Deviations - Microbiology Laboratory Investigations-Rev 04 - Oct 2006 | | | | | | | |

7

| EXHIBIT NO/LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 57 | | Deviations – Microbiology Laboratory Investigations-Rev 03 - VOID - (10/30/06) - Apr 2005 | | | | | | | |
| 58 | | Deviations – Microbiology Laboratory Investigations-Rev 02 - Jun 2004 | | | | | | | |
| 59 | | Deviations – Microbiology Laboratory Investigations-Rev 01 - Mar 2004 | | | | | | | |
| 60 | | Deviations – Microbiology Laboratory Investigations –VOID (03/08/04) - Nov 2003 | | | | | | | |
| 61 | | Deviations – Laboratory Investigations-Rev 07 - Aug 2006 | | | | | | | |
| 62 | | Deviations – Laboratory Investigations-Rev 06 - Nov 2005 | | | | | | | |
| 63 | | Deviations – Laboratory Investigations-Rev 05 - Mar 2005 | | | | | | | |

8

| EXHIBIT NO/LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 64 | | Deviations – Laboratory Investigations-Rev 04 - Aug 2006 | | | | | | | |
| 65 | | Deviations – Laboratory Investigations-Rev 03 - Nov 2004 | | | | | | | |
| 66 | | Deviations – Laboratory Investigations-Rev 02 - Jun 2004 | | | | | | | |
| 67 | | Deviations – Laboratory Investigations-Rev 01 - Feb 2004 | | | | | | | |
| 68 | | Investigation – Laboratory Investigations - Nov 2003 | | | | | | | |
| 69 | | Media Description and Failed Specifications | | | | | | | |
| 70 – 73 | | QC Microbiology Laboratory Inquiry | | | | | | | |
| 74 | | Vitek Validation - Robert Macsalka | | | | | | | |
| 75 | | Document Retention for Litigation | | | | | | | |

9

| EXHIBIT NO/LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 76 | | Steve Abrahamson Phone Report | | | | | | | |
| 77 | | Phone Reports - Additional Employees | | | | | | | |
| 78 | | EDS 2-2004 thru 7-2004, Gomes Letter 2007-5-2 | | | | | | | |
| 79 | | David Blair, LCSW, CAC III Denver Family Therapy Center 4891 Independence St., Ste. 165 Wheat Ridge, CO 80033 303.456.0600 x122 Dlblair@qwest.net | | | | | | | |
| 80 | | Larry Plunkett, M.D. David Bloshoun, M.D. Mayfair Internal Medical Center 6311 E. 14th Ave. Denver, CO 80220 303.333.6434 | | | | | | | |
| 81 | | David Blair Curriculum Vitae | | | | | | | |

10

| EXHIBIT NO/LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 82 | | Larry Plunkett, M.D. *Curriculum Vitae* | | | | | | | |
| 83 | | Sandoz Discovery Responses (Defendant's Response to Plaintiffs' First Set of Interrogatories, Request for Admission, and Request for Production of Documents dated 9/7/06; Defendant's Supplemental Response to Plaintiffs' First Set of Interrogatories dated 9/18/07; Defendant's Responses to Plaintiff Steve Abrahamson's Interrogatories, Requests for Admissions, and Requests for Production of Documents dated 1/8/07; Defendant's Responses to Plaintiff's Third Set of Interrogatories, to Defendant dated 2/20/07 | | | | | | | |
| 84 | | Correspondence from Sandoz attorney regarding discovery matters | | | | | | | |
| 85 | | Timeline of Events | | | | | | | |

11

| EXHIBIT NO/LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| 86 | | FDA Regulations | | | | | | | |
| 87 | | Any document necessary for rebuttal | | | | | | | |

12

# Attachment 2

# Defendant's Exhibit List

**EXHIBIT LIST**

CASE NO. 06-cv-636-WYD-MJW          PLAINTIFF'S LIST          DEFENDANT'S LIST X          THIRD PTY DEFTS. LIST

CASE CAPTION Steve Abrahamson, et. al. vs. Sandoz, Inc.          PAGE NO. 1          DATE Nov. 9, 2007

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| A | | Sandoz Employee Handbook (Sandoz 1-75) | | | | | | | |
| B | | Handbook Acknowledgment Form (Sandoz 113) | | | | | | | |
| C | | Novartis Code of Conduct (Sandoz 76-100) | | | | | | | |
| D | | Memo re Code of Conduct 2005 dated 03/22/05 (Sandoz 101-102) | | | | | | | |
| E | | Notice of Employment Termination Form (Sandoz 271-272) | | | | | | | |
| F | | Application for In-House Job Bid dated 12/04/96 (Sandoz 500) | | | | | | | |
| G | | Resume (Sandoz 501-502) | | | | | | | |

**EXHIBIT LIST**

CASE NO. 06-cv-636-WYD-MJW          PLAINTIFF'S LIST          DEFENDANT'S LIST X          THIRD PTY DEFTS. LIST

CASE CAPTION Steve Abrahamson, et. al. vs. Sandoz, Inc.          PAGE NO. 2          DATE Nov. 9, 2007

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| H | | Employment Application dated 08/01/94 (Sandoz 115-118) | | | | | | | |
| I | | Employment Application dated 07/06/94 (Sandoz 137-140) | | | | | | | |
| J | | Microbiology Job Descriptions (Sandoz 374) | | | | | | | |
| K | | Microbiology Job Descriptions (Pl. 5002-5003) | | | | | | | |
| L | | Key Job Requirements for Microbiologist Positions (Sandoz 209-210) | | | | | | | |
| M | | Key Job Requirements for Microbiologist Positions (Sandoz 2192) | | | | | | | |

**EXHIBIT LIST**

CASE NO. 06-cv-636-WYD-MJW          PLAINTIFF'S LIST          DEFENDANT'S LIST X          THIRD PTY DEFTS. LIST

CASE CAPTION Steve Abrahamson, et. al. vs. Sandoz, Inc.          PAGE NO. 3          DATE Nov. 9, 2007

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| N | | Job Description for Microbiologist I (Sandoz 2186-2187) | | | | | | | |
| O | | Job Description for Microbiologist II (Sandoz 2188-2189) | | | | | | | |
| P | | Job Description for Microbiologist III (Sandoz 2190-2191) | | | | | | | |
| Q | | EM/ID Coordinator Rotation Sheet (Sandoz 526) | | | | | | | |
| R | | 2005 Rotation Schedule (Sandoz 527) | | | | | | | |
| S | | Verbal Warning dated 09/29/05 (Sandoz 173) | | | | | | | |

**EXHIBIT LIST**

CASE NO. 06-cv-636-WYD-MJW          PLAINTIFF'S LIST          DEFENDANT'S LIST X          THIRD PTY DEFTS. LIST

CASE CAPTION Steve Abrahamson, et. al. vs. Sandoz, Inc.          PAGE NO. 4          DATE Nov. 9, 2007

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| T | | Memo re Off-Cycle Performance Feedback dated 09/29/05 (Sandoz 174-176) | | | | | | | |
| U | | Memo re Steve Abrahamson dated 09/27/05 (Sandoz 511-512) | | | | | | | |
| V | | 2005 Mid-Year Review (Sandoz 169-172) | | | | | | | |
| W | | 2005 Performance Review: Objectives (Sandoz 165-167) | | | | | | | |
| X | | 2005 Performance Process: Development Plan (Sandoz 168) | | | | | | | |
| Y | | 2004 Performance Review Compensation Statement (Sandoz 254) | | | | | | | |

**EXHIBIT LIST**

CASE NO. 06-cv-636-WYD-MJW    PLAINTIFF'S LIST    DEFENDANT'S LIST X    THIRD PTY DEFTS. LIST

CASE CAPTION Steve Abrahamson, et. al. vs. Sandoz, Inc.    PAGE NO. 5    DATE Nov. 9, 2007

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO/LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| Z | | 2004 Annual Performance Review (Sandoz 150-158) | | | | | | | |
| AA | | 2004 Mid-Year Review (Sandoz 177-179) | | | | | | | |
| BB | | 2004 Performance Review: Objectives (Sandoz 163-164) | | | | | | | |
| CC | | 2004 Performance Process: Development Plan (Sandoz 180) | | | | | | | |
| DD | | 2003 Annual Performance Review (Sandoz 181-187) | | | | | | | |
| EE | | 2003 Mid-Year Review (Sandoz 191-192) | | | | | | | |
| FF | | 2003 Performance Review: Objectives (Sandoz 186-190) | | | | | | | |

**EXHIBIT LIST**

CASE NO. 06-cv-636-WYD-MJW    PLAINTIFF'S LIST    DEFENDANT'S LIST X    THIRD PTY DEFTS. LIST

CASE CAPTION Steve Abrahamson, et. al. vs. Sandoz, Inc.    PAGE NO. 6    DATE Nov. 9, 2007

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| GG | | FMLA Policy (Sandoz 103-108) | | | | | | | |
| HH | | Letter re FMLA leave dated 12/02/05 (Sandoz 280) | | | | | | | |
| II | | Grant of FMLA Leave dated 12/02/05 (Sandoz 279) | | | | | | | |
| JJ | | Doctor Certification for FMLA leave dated 11/30/05 (Sandoz 278) | | | | | | | |
| KK | | Grant of FMLA Leave dated 11/03/05 (Sandoz 277) | | | | | | | |
| LL | | Doctor Certification for FMLA Leave dated 11/02/05 (Sandoz 276) | | | | | | | |

**EXHIBIT LIST**

CASE NO. 06-cv-636-WYD-MJW          PLAINTIFF'S LIST          DEFENDANT'S LIST X          THIRD PTY DEFTS. LIST

CASE CAPTION Steve Abrahamson, et. al. vs. Sandoz, Inc.          PAGE NO. 7          DATE Nov. 9, 2007

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO/LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| MM | | Application for FMLA Leave dated 11/02/05 (Sandoz 275) | | | | | | | |
| NN | | Letter re FMLA leave dated 08/17/05 (Sandoz 597) | | | | | | | |
| OO | | Grant of FMLA Leave dated 08/17/05 (Sandoz 506) | | | | | | | |
| PP | | Work Restrictions Data Sheet dated 08/12/05 (Sandoz 513) | | | | | | | |
| QQ | | Application for FMLA Leave dated 08/11/05 (Sandoz 598) | | | | | | | |
| RR | | Grant of FMLA Leave dated 04/03/03 (Sandoz 421) | | | | | | | |

**EXHIBIT LIST**

CASE NO. 06-cv-636-WYD-MJW     PLAINTIFF'S LIST     DEFENDANT'S LIST X     THIRD PTY DEFTS. LIST

CASE CAPTION Steve Abrahamson, et. al. vs. Sandoz, Inc.     PAGE NO. 8     DATE Nov. 9, 2007

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| SS | | Compensation Structure Project: Quality Group Presentation (Sandoz 283-369) | | | | | | | |
| TT | | Our New Approach to Compensation Presentation dated 12/03 (Sandoz 880-918) | | | | | | | |
| UU | | Chart of Employee Positions for New Compensation Structure (Sandoz 2755-2814) | | | | | | | |
| VV | | Chart of Job Titles for New Compensation Structure (Sandoz 2815-2867) | | | | | | | |
| WW | | FLSA Worksheet: Professional Exemption Test (Sandoz 919-920) | | | | | | | |

**EXHIBIT LIST**

CASE NO. 06-cv-636-WYD-MJW          PLAINTIFF'S LIST          DEFENDANT'S LIST X          THIRD PTY DEFTS. LIST

CASE CAPTION Steve Abrahamson, et. al. vs. Sandoz, Inc.          PAGE NO. 9          DATE Nov. 9, 2007

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| XX | | Extended Schedule Pay Program Policy (Sandoz 370-373) | | | | | | | |
| YY | | Microbiology Department employment applications (Sandoz 2088-2140) | | | | | | | |
| ZZ | | SOP for Operation and Maintenance of Vitek 32 Microbial Identification System dated 03/30/05 (Sandoz 1059-1080) | | | | | | | |

**EXHIBIT LIST**

CASE NO. 06-cv-636-WYD-MJW          PLAINTIFF'S LIST          DEFENDANT'S LIST X          THIRD PTY DEFTS. LIST

CASE CAPTION Steve Abrahamson, et. al. vs. Sandoz, Inc.          PAGE NO. 10          DATE Nov. 9, 2007

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| AAA | | SOP for Microbiology Training Module Vitek 32 Microbial Identification System dated 11/30/04 (Sandoz 1054-1058) | | | | | | | |
| BBB | | Email re Vitek Training Module dated 09/03/04 (Sandoz 1741-1747) | | | | | | | |
| CCC | | Email re Vitek Training Module dated 09/17/04 (Sandoz 1748-1754) | | | | | | | |
| DDD | | SOP for Testing/ Examination dated 09/15/04 (Sandoz 2141-2143) | | | | | | | |

**EXHIBIT LIST**

CASE NO. 06-cv-636-WYD-MJW          PLAINTIFF'S LIST          DEFENDANT'S LIST X          THIRD PTY DEFTS. LIST

CASE CAPTION Steve Abrahamson, et. al. vs. Sandoz, Inc.          PAGE NO. 11          DATE Nov. 9, 2007

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| EEE | | SOP for Testing/ Examination dated 06/15/04 (Sandoz 2144-2150) | | | | | | | |
| FFF | | SOP for Analytical A-1000 Organics Analyzer dated 09/21/04 (Sandoz 516-525) | | | | | | | |
| GGG | | SOP for Testing pH Meters dated 11/30/05 (Sandoz 528-538) | | | | | | | |
| HHH | | SOP for Testing pH Meters dated 04/20/05 (Sandoz 2420-2426) | | | | | | | |
| III | | SOP for Testing pH Meters dated 04/15/05 (Sandoz 2427-2432) | | | | | | | |

**EXHIBIT LIST**

CASE NO. 06-cv-636-WYD-MJW          PLAINTIFF'S LIST     DEFENDANT'S LIST X      THIRD PTY DEFTS. LIST

CASE CAPTION Steve Abrahamson, et. al. vs. Sandoz, Inc.          PAGE NO. 12          DATE Nov. 9, 2007

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| JJJ | | SOP for Testing pH Meters dated 11/16/00 (Sandoz 539-544) | | | | | | | |
| KKK | | SOP for Accumet pH Meter dated 04/15/05 (Sandoz 2439-2444) | | | | | | | |
| LLL | | SOP for Accumet pH Meter dated 11/16/00 (Sandoz 2445-2449) | | | | | | | |
| MMM | | pH Meter Logbook Pages dated 02/02/04-11/28/05 (Sandoz 923-934) | | | | | | | |
| NNN | | SOP for Microbiological Media Preparation dated 06/15/04 (Sandoz 2450-2456) | | | | | | | |

EXHIBIT LIST

CASE NO. 06-cv-636-WYD-MJW          PLAINTIFF'S LIST          DEFENDANT'S LIST X          THIRD PTY DEFTS. LIST

CASE CAPTION Steve Abrahamson, et. al. vs. Sandoz, Inc.          PAGE NO. 13          DATE Nov. 9, 2007

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO/LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| OOO | | SOP for Microbiological Media Preparation dated 03/15/04 (Sandoz 2457-2463) | | | | | | | |
| PPP | | SOP for Microbiological Media Preparation dated 02/17/00 (Sandoz 2464-2470) | | | | | | | |
| QQQ | | Deviation Form for Environmental Monitoring Study (Sandoz 590-593) | | | | | | | |
| RRR | | Environmental Monitoring Sheets dated 07/01/04 (Sandoz 2888-2891) | | | | | | | |

**EXHIBIT LIST**

CASE NO. 06-cv-636-WYD-MJW    PLAINTIFF'S LIST    DEFENDANT'S LIST X    THIRD PTY DEFTS. LIST

CASE CAPTION Steve Abrahamson, et. al. vs. Sandoz, Inc.    PAGE NO. 14    DATE Nov. 9, 2007

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| SSS | | Environmental Monitoring Sheets dated 06/01/04 (Sandoz 2884-2887) | | | | | | | |
| TTT | | Environmental Monitoring Sheets dated 05/17/04 (Sandoz 945-954) | | | | | | | |
| UUU | | Environmental Monitoring Sheets dated 05/03/04 (Sandoz 2880-2883) | | | | | | | |
| VVV | | Environmental Monitoring Sheets dated 04/01/04-04/02/04 (Sandoz 2876-2879) | | | | | | | |
| WWW | | Environmental Monitoring Sheets dated 03/29/04-04/27/04 (Sandoz 2212-2281) | | | | | | | |

**EXHIBIT LIST**

CASE NO. 06-cv-636-WYD-MJW          PLAINTIFF'S LIST          DEFENDANT'S LIST X          THIRD PTY DEFTS. LIST

CASE CAPTION Steve Abrahamson, et. al. vs. Sandoz, Inc.          PAGE NO. 15          DATE Nov. 9, 2007

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| XXX | | Environmental Monitoring Sheets dated 03/01/04 (Sandoz 2872-2875) | | | | | | | |
| YYY | | Environmental Monitoring Sheets dated 02/09/04 (Sandoz 941-944) | | | | | | | |
| ZZZ | | Environmental Monitoring Sheets dated 02/03/04 (Sandoz 936-940) | | | | | | | |
| AAAA | | Environmental Monitoring Sheet dated 12/29/03 (Sandoz 935) | | | | | | | |
| BBBB | | Media Production Sheets dated 01/15/04-02/26/04 (Sandoz 552-589) | | | | | | | |

**EXHIBIT LIST**

CASE NO. 06-cv-636-WYD-MJW          PLAINTIFF'S LIST          DEFENDANT'S LIST X          THIRD PTY DEFTS. LIST

CASE CAPTION Steve Abrahamson, et. al. vs. Sandoz, Inc.          PAGE NO. 16          DATE Nov. 9, 2007

LIST PLAINTIFF'S EXHIBITS BY NUMBERS (1, 2, 3, etc.) and DEFENDANT'S BY LETTER (A, B, C, etc.)

| EXHIBIT NO./LTR | WITNESS | DESCRIPTION | ADM/ AUTH | STIP | OFFER | RECD. | REF. | RUL. RSVD. | COMMENTS/ INFO. |
|---|---|---|---|---|---|---|---|---|---|
| CCCC | | Media Production Sheet dated 01/21/04 (Sandoz 956) | | | | | | | |
| DDDD | | Media Production Sheet dated 01/8/04 (Sandoz 955) | | | | | | | |
| EEEE | | Any document listed by Plaintiffs | | | | | | | |
| FFFF | | Any document used for rebuttal or impeachment purposes | | | | | | | |

3788419_1.DOC