IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00636-WYD-MJW

STEVE ABRAHAMSON, and
APRIL ABRAHAMSON,

Plaintiffs,

v.

SANDOZ, INC.,

Defendant.

---

### MINUTE ORDER

---

**Entered by Magistrate Judge Michael J. Watanabe**

It is hereby **ORDERED** that Plaintiffs' Motion to Take Trial preservation Depositions After Discovery (docket no. 128) is **GRANTED**. Plaintiffs may take the videotaped trial preservation depositions of Saundra Ganade and Ray Greger.

In this case, the discovery deadline has expired and, therefore, under Estenfelder v. Gates Corp., 199 F.R.D. 351 (D. Colo. 2001), this court should consider the following four (4) factors in determining whether to allow an untimely preservation deposition: (1) the prejudice or surprise to the party against whom the witness would have testified; (2) the ability of that party to cure such prejudice; (3) the disruption caused to the orderly and efficient trial of the case; and (4) the bad faith or willfulness of the party seeking the untimely deposition. As to these factors, the court finds that Defendant Sandoz would not be surprised or prejudiced by the requested videotaped trial preservation depositions. Any prejudice related to the expense of traveling out of state for such videotaped trial preservation depositions could easily be cured by Defendant Sandoz by simply asking deponents Saundra Ganade and Ray Greger to come to Denver to testify in person. Such videotaped trial preservation depositions would enhance the efficiency of the trial. There is no bad faith on behalf of Plaintiffs since the subject deponents are outside of the subpoena power of this court. Lastly, Plaintiffs have agreed to pay the subject deponents' travel expenses if Defendant Sandoz will simply ask the subject deponents to travel to Denver for trial.

It is **FURTHER ORDERED** that Plaintiffs' Attorney Stuart A. Jay's Motion to Withdraw as Counsel (docket no. 137) is **GRANTED** finding good cause shown. Stuart

A. Jay is withdrawn as counsel of record for Plaintiffs.  Christopher Miller remains as counsel for the Plaintiffs.

Date: February 21, 2008