IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No. 06-cv-00636-WYD-MJW

STEVE ABRAHAMSON and
APRIL ABRAHAMSON,

    Plaintiffs,

v.

SANDOZ, INC.,

    Defendant.

## MINUTE ORDER

ORDER ENTERED BY JUDGE WILEY Y. DANIEL

    Plaintiffs' Unopposed Motion to Reschedule Start Time of Trial Preparation Conference Set on June 23, 2008, dated June 16, 2008 (docket # 164) is **DENIED**.

    Dated: June 16, 2008