IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00636-WYD-MJW

STEVE ABRAHAMSON, and
APRIL ABRAHAMSON,

Plaintiffs,

v.

SANDOZ, INC.,

Defendant.

## MINUTE ORDER

Entered by Magistrate Judge Michael J. Watanabe

     It is hereby ORDERED that the Motion for Expedited Ruling, contained in Docket No. 181, is granted, and thus defendant's Motion to Reopen Plaintiff's Deposition related to Mitigation of Damages (Docket No. 181) is set for a motion hearing before this court on Tuesday, July 22, 2008, at 1:30 p.m. in Courtroom A-502, Fifth Floor, Alfred A. Arraj U.S. Courthouse, 901 19th Street, Denver, Colorado.  It is further

     ORDERED that on or before 12 noon on Monday, July 21, 2008, plaintiff shall file a response to defendants' Motion to Reopen Plaintiff's Deposition Related to Mitigation of Damages (Docket No. 181).

Date: July 17, 2008