# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# Magistrate Judge Michael J. Watanabe

| | |
|---|---|
| **Civil Action No.** 06-cv-00636-WYD-MJW | FTR |
| **Date:** July 23, 2008 | Valeri P. Barnes, Courtroom Deputy |
| STEVE ABRAHAMSON, and<br>APRIL ABRAHAMSON | Christopher Miller<br>Sheryl Gunstream |

    Plaintiffs,

v.

SANDOZ, INC.,                                           Jimmy Goh

    Defendant.

## COURTROOM MINUTES / MINUTE ORDER

**HEARING**: Motion

**8:59 a.m.**     **Court in session.**

**ORDERED:**     Defendant's Motion to Reopen Plaintiff's Deposition Related to Mitigation of Damages and for Expedited Ruling **(181)** is **denied**.

**ORDERED:**     Plaintiff Steve Abrahamson shall supplement his answers to interrogatories, as outlined on the record, **on or before July 25, 2008**. Such supplemental answers shall be signed by Plaintiff Steve Abrahamson.

**9:15 a.m.**     **Court in recess/hearing concluded.**

Total in-court time: 00:16

*To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303)825-6119.