IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-00636-WYD-MJW

STEVE ABRAHAMSON, and
APRIL ABRAHAMSON

    Plaintiffs,

v.

SANDOZ, INC.

    Defendant.

---

**ORDER RE: STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE**

---

This matter, having come before the Court, having reviewed the Stipulated Motion for Dismissal with Prejudice, filed September 2, 2008 (docket #219), is hereby

ORDERED that the Stipulated Motion for Dismissal with Prejudice, filed September 2, 2008 (docket #219) is **GRANTED.** The Court accordingly finds that Plaintiffs have waived their right to file an appeal or any post-trial motions in this matter, and that Defendant has waived its rights to seek costs against Plaintiffs. It is

FURTHER ORDERED that this matter is hereby **DISMISSED WITH PREJUDICE** with each party to pay its own costs and attorney fees.

Dated this <u>4th</u> day of September, 2008.

        BY THE COURT:


        <u>s/ Wiley Y. Daniel</u>
        WILEY Y. DANIEL,
        UNITED STATES DISTRICT JUDGE